AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _Southern District of Indiana_ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>1:11-cv-769-TWP-TAB | DATE FILED<br>6/7/2011 | U.S. DISTRICT COURT Southern District of Indiana |
|---|---|---|
| PLAINTIFF<br><br>FIREPASS IP HOLDINGS, INC. & FIREPASS COPORATION | | DEFENDANT<br><br>BOMBARDIER, INC. & BOMBARDIER AEROSPACE CORPORATION |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | RE40065 | 2/19/2008 | |
| 2 | 6418752 | 7/16/2002 | |
| 3 | 6314754 | 11/13/2001 | |
| 4 | 7207392 | 4/24/2007 | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>*Laura A. Briggs* | (BY) DEPUTY CLERK<br>*Jordan Dawson* | DATE<br>6/13/2011 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**