AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FirePASS IP Holdings, Inc. and FirePASS Corporation  )
         *Plaintiff*  )
v.  )  Civil Action No.
Bombardier Inc. and Bombardier Aerospace Corporation  )
         *Defendant*  )

**1:11-cv-0769 TWP-TAB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bombardier Aerospace Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ice Miller LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 07 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-CV-0769 TWP-TAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bombardier Aerospace Corporation
was received by me on *(date)* 06/08/2011

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Scott LaScala, Managing Agent , who is designated by law to accept service of process on behalf of *(name of organization)* Bombardier Aerospace Corporation at Corporation Trust Co., Registered Agent on *(date)* 06/08/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 06/10/2011

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

Delaware Attorney Services
3516-16 Silverside Road
Wilmington, DE 19810  (302) 429-0657
*Server's address*

Additional information regarding attempted service, etc:

Service was made on 6/8/2011 at 2:45 PM, at Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

Documents Served: Summons; Appearance; Civil Cover Sheet; Corporate Disclosure Statement; and Complaint for Patent Infringement and Demand for Jury Trial with Exhibits