AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| FirePass IP Holdings, Inc. and FirePass Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:11-cv-0769-TWP-TAB |
| Bombardier Inc. and Bombardier Aerospace Corp. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bombardier Aerospace Corporation   .

Date:   06/29/2011

s/John C. McNett
*Attorney's signature*

John C. McNett,
*Printed name and bar number*

Woodard Emhardt Moriarty McNett & Henry LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204
*Address*

jmcnett@uspatent.com
*E-mail address*

(317) 713-4906
*Telephone number*

(317) 637-7561
*FAX number*

CERTIFICATE OF SERVICE

      I hereby certify that on June 29, 2011, a copy of Appearance of John C. McNett was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Adam Arceneaux
adam.arceneaux@icemiller.com
Alexander D. Forman
alexander.forman@icemiller.com
Nikita S. Williams
nikita.williams@icemiller.com
Karen H. Bromberg

Courtesy copies are also being sent via email to *of counsel* attorneys:

kbromberg@cohengresser.com
Alexandra Wald
awald@cohengresser.com
Francisco A. Villegas
fvillegas@cohengresser.com
Damir Cefo
dcefo@cohengresser.com
Evan Rosenbaum
erosenbaum@cohengresser.com

Cohen & Gresser LLP
800 Third Avenue, 21st Floor,
New York, NY 10022
Phone: 212-957-7600
Fax: 212-957-4514

                                        s/John C. McNett
                                          John C. McNett