UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIREPASS IP HOLDINGS, INC. and FIREPASS CORPORATION, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BOMBARDIER INC. and BOMBARDIER AEROSPACE CORPORATION, )<br>)<br>Defendants. ) | Case No. 1:11-cv-0769 TWP-TAB |

DEFENDANT BOMBARDIER AEROSPACE CORPORATION'S NOTICE OF
EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Bombardier Aerospace Corporation, pursuant to Local Rule 6.1(a), hereby gives notice of a twenty eight (28) day enlargement of time from the current deadline of June 29, 2011 to July 27, 2011, to answer or otherwise respond to Plaintiffs' Complaint.  Outside counsel for Defendant Bombardier Aerospace Corporation, David L. Witcoff, spoke with outside counsel for Plaintiffs, Alexandra Wald, who stated that plaintiffs will not oppose up to a 30-day enlargement of time.  No deadlines established by the case management plan are affected by the initial extension, and the same is thus respectfully requested.

Respectfully submitted,

s/John C. McNett
John C. McNett
   jmcnett@uspatent.com
   Direct 317-713-4906

Woodard, Emhardt, Moriarty,
  McNett & Henry LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137

1

            Phone 317-634-3456
            Fax 317-637-7561

           *Attorney for Defendant*
           *Bombardier Aerospace Corporation*

Of counsel:
David L. Witcoff
 dlwitcoff@JonesDay.com
 Direct 312-269-4259
Brent P. Ray
 bpray@JonesDay.com
 Direct 312-269-1521
Jones Day
77 West Wacker Drive
Chicago, IL  60601-1692
 Phone 312-782-3939
 Fax  312-782-8585

CERTIFICATE OF SERVICE

      I hereby certify that on June 29, 2011, a copy of Defendant Bombardier Aerospace Corporation's Notice of Extension of Time to Respond to Complaint was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Adam Arceneaux
adam.arceneaux@icemiller.com
Alexander D. Forman
alexander.forman@icemiller.com
Nikita S. Williams
nikita.williams@icemiller.com
Karen H. Bromberg

Courtesy copies are also being sent via email to *of counsel* attorneys:

kbromberg@cohengresser.com
Alexandra Wald
awald@cohengresser.com
Francisco A. Villegas
fvillegas@cohengresser.com
Damir Cefo
dcefo@cohengresser.com
Evan Rosenbaum
erosenbaum@cohengresser.com

Cohen & Gresser LLP
800 Third Avenue, 21st Floor,
New York, NY 10022
Phone: 212-957-7600
Fax: 212-957-4514

                                      s/John C. McNett
                                          John C. McNett

#770996