UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FIREPASS IP HOLDINGS, INC. and )
FIREPASS CORPORATION, )
)
        Plaintiffs, )
   - v - ) Case No. 1:11-cv-0769 TWP-TAB
)
BOMBARDIER INC. and BOMBARDIER )
AEROSPACE CORPORATION, )
)
        Defendants. )

## AFFIDAVIT OF SERVICE UPON BOMBARDIER INC.

I, Yan Lavergne, do hereby make oath and do solemnly swear:

1. That I am over the age of 21 and a non-party to this action;

2. That I am a Quebec bailiff employed by Gauthier, Levy, Associés, whose business address is 420 rue Saint-Dizier, suite 100, Montreal, Quebec H2Y 3P8 Canada, and am authorized to serve legal process in Canada;

3. That on or approximately July 20, 2011, I was instructed by Daphna Gauthier of Gauthier Levy, in turn instructed by Legal Language Services, an international litigation support firm located in Leawood, Kansas, in turn instructed by plaintiffs' counsel at Cohen & Gresser LLP, a law firm in New York, to serve upon defendant Bombardier Inc. the following documents, copies of which are attached hereto as Exhibit A:

    - Hague Service Convention *"Notice"*
    - Hague Service Convention *"Summary"*
    - Summons in a Civil Action, in English and French
    - Civil Cover Sheet, in English and French
    - FirePASS IP Holdings, Inc.'s Corporate Disclosure Statement, in English and French
    - FirePASS Corporation's Corporate Disclosure Statement, in English and French
    - Complaint for Patent Infringement and Demand for jury Trial, in English and French

- Exhibits A-D, in English and French

4. That according to the Quebec Corporate Registry, Bombardier Inc. is located at 800, René-Lévesque Boulevard West, Montreal, Quebec H3B 1Y8 (See Quebec Corporation Profile Report, attached hereto as Exhibit B);

5. That on July 20, 2011 at approximately 2:14 p.m., I did travel to Bombardier at the above address, where I met with Mrs. Diane Denis, Paralegal, who acknowledged her identity and confirmed that she was authorized to accept service of process on behalf of Bombardier Inc.; that I handed the above-referenced documents to her and said, "You are served with legal process on behalf of Bombardier Inc." and she accepted the documents;

6. That Mrs. Diane Denis is a female, approximately 50 years of age, approximately 5'1", blond hair, approximately 110 lbs.

7. That I believe service to have been effected upon defendant Bombardier Inc. in accordance with a method prescribed by the internal laws of Quebec, Canada for civil matters within this jurisdiction and thus in accordance with Article 10(b) of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters,* and in compliance with the laws of the United States.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and accurate to the best of my knowledge and belief.

SWORN at Montreal, Quebec, Canada before me on this 21st day of July 2011.

_____
Notary Public/Commissioner to administer oaths in Quebec

[Seal: JENNIFER CARRIER 183 290]

_____
Yan Lavergne, Bailiff # 918