UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

---

FIREPASS IP HOLDINGS, INC. and FIREPASS
CORPORATION,

              Plaintiffs,

      - against -

BOMBARDIER INC. and BOMBARDIER
AEROSPACE CORPORATION,

             Defendants.

Case No. 1:11-cv-0769 TWP-TAB

---

## NOTICE OF VOLUNTARY DISMISSAL OF
## BOMBARDIER AEROSPACE CORPORATION

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Firepass IP Holdings, Inc. and Firepass Corporation voluntarily dismiss their claims against Defendant Bombardier Aerospace Corporation in the above-captioned action without prejudice, with each party to bear its own attorney fees and costs.

Dated: August 5, 2011
       Indianapolis, Indiana

Respectfully submitted,

*/s/ Nikita S. Williams*
Adam Arceneaux
Alexander D. Forman
Nikita S. Williams
Ice Miller LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200

*Attorneys for Plaintiffs*
*Firepass Corporation*
*Firepass IP Holdings, Inc.*

Of Counsel:

Karen H. Bromberg
kbromberg@cohengresser.com
Alexandra Wald
awald@cohengresser.com
Francisco A. Villegas
fvillegas@cohengresser.com
**COHEN & GRESSER LLP**
800 Third Avenue
New York, New York 10022
Tel: (212) 957-7600
Fax: (212) 957-4514

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2011, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel of record:

John C. McNett
Woodard Emhardt Moriarty McNett & Henry LLP
111 Monument Circle, Suite 3700
Indianapolis, IN  46204
jmcnett@uspatent.com


         /s Nikita S. Williams
        Nikita S. Williams

        *Attorney for Defendants and Counterclaim Plaintiffs*
        *Stryker Corporation and Stryker Sales Corporation*