**Acknowledged**
TWP
August 8, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

———————————————————————— x
    :
    :
FIREPASS IP HOLDINGS, INC. and FIREPASS   :
CORPORATION,   :
    :
    :  Case No. 1:11-cv-0769 TWP-TAB
    Plaintiffs,   :
    :
    :
    - against -   :
    :
    :
BOMBARDIER INC. and BOMBARDIER   :
AEROSPACE CORPORATION,   :
    :
    :
    Defendants.   :
    :
———————————————————————— x

**NOTICE OF VOLUNTARY DISMISSAL OF
BOMBARDIER AEROSPACE CORPORATION**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiffs Firepass IP Holdings, Inc. and Firepass Corporation voluntarily

dismiss their claims against Defendant Bombardier Aerospace Corporation in the above-

captioned action without prejudice, with each party to bear its own attorney fees and costs.

Dated: August 5, 2011        Respectfully submitted,
      Indianapolis, Indiana

           */s/ Nikita S. Williams*
          Adam Arceneaux
          Alexander D. Forman
          Nikita S. Williams
          Ice Miller LLP
          One American Square
          Suite 2900
          Indianapolis, IN  46282-0200

          *Attorneys for Plaintiffs*
          *Firepass Corporation*
          *Firepass IP Holdings, Inc.*

Of Counsel:

Karen H. Bromberg
kbromberg@cohengresser.com
Alexandra Wald
awald@cohengresser.com
Francisco A. Villegas
fvillegas@cohengresser.com
**COHEN & GRESSER LLP**
800 Third Avenue
New York, New York 10022
Tel:   (212) 957-7600
Fax:  (212) 957-4514

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2011, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel of record:

John C. McNett
Woodard Emhardt Moriarty McNett & Henry LLP
111 Monument Circle, Suite 3700
Indianapolis, IN  46204
jmcnett@uspatent.com


 */s Nikita S. Williams*
Nikita S. Williams

*Attorney for Defendants and Counterclaim Plaintiffs*
*Stryker Corporation and Stryker Sales Corporation*

I/2649438.1