AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| FirePass IP Holdings, Inc. and FirePass Corporation ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:11-cv-0769-TWP-TAB |
| Bombardier, Inc. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bombardier, Inc.

Date:  August 9, 2011

s/John C. McNett
*Attorney's signature*

John C. McNett
*Printed name and bar number*

Woodard Emhardt Moriarty McNett & Henry LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204

*Address*

jmcnett@uspatent.com
*E-mail address*

(317) 634-3456
*Telephone number*

(317) 637-7561
*FAX number*