UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIREPASS IP HOLDINGS, INC. and<br>FIREPASS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>BOMBARDIER INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Case No. 1:11-cv-0769 TWP-TAB<br>)<br>)<br>)<br>)<br>) |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Defendant, Bombardier, Inc. hereby give notice of the following corporate interests:

1. All parent companies of the corporations: NONE.

2. Any publicly held company or investment fund that owns 10% or more of the corporations: NONE.

Respectfully submitted,

s/John C. McNett
John C. McNett
jmcnett@uspatent.com
Direct 317-713-4906

Woodard, Emhardt, Moriarty,
  McNett & Henry LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137
  Phone 317-634-3456
  Fax 317-637-7561

*Attorney for Defendant Bombardier, Inc.*

Of counsel:
David L. Witcoff
  dlwitcoff@JonesDay.com
  Direct 312-269-4259
Brent P. Ray
  bpray@JonesDay.com
  Direct 312-269-1521
Jones Day
77 West Wacker Drive
Chicago, IL  60601-1692
  Phone 312-782-3939
  Fax  312-782-8585

...

## CERTIFICATE OF SERVICE

  I hereby certify that on August 9, 2011, a copy of Defendant Bombardier, Inc.'s Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Adam Arceneaux
adam.arceneaux@icemiller.com
Alexander D. Forman
alexander.forman@icemiller.com
Nikita S. Williams
nikita.williams@icemiller.com
Karen H. Bromberg

Courtesy copies are also being sent via email to *of counsel* attorneys:

kbromberg@cohengresser.com
Alexandra Wald
awald@cohengresser.com
Francisco A. Villegas
fvillegas@cohengresser.com
Damir Cefo
dcefo@cohengresser.com
Evan Rosenbaum
erosenbaum@cohengresser.com

Cohen & Gresser LLP
800 Third Avenue, 21st Floor,
New York, NY 10022
Phone: 212-957-7600
Fax: 212-957-4514

                s/John C. McNett
                  John C. McNett