UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIREPASS IP HOLDINGS, INC. and<br>FIREPASS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>BOMBARDIER INC.<br><br>    Defendant. | Case No. 1:11-cv-0769 TWP-TAB |

NOTICE OF EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Bombardier Inc., pursuant to Local Rule 6.1(a), hereby gives notice for a twenty eight (28) day enlargement of time from the current deadline of August 10, 2011 to September 7, 2011, to answer or otherwise respond to Plaintiffs' Complaint.  This extension is the first extension of time for Bombardier Inc.  Outside counsel for Defendant Bombardier Inc., David L. Witcoff and Brent P. Ray, made several attempts to contact outside counsel for Plaintiffs regarding this extension, but have been unable to confirm or deny whether Plaintiffs will oppose this 28-day enlargement of time.  No deadlines established by the case management plan are affected by the initial extension, and the same is thus respectfully requested.

    Respectfully submitted,

    s/John C. McNett
    John C. McNett
      jmcnett@uspatent.com
      Direct 317-713-4906

    Woodard, Emhardt, Moriarty,
      McNett & Henry LLP
    111 Monument Circle, Suite 3700
    Indianapolis, IN 46204-5137

Phone 317-634-3456
Fax 317-637-7561

*Attorney for Defendant
Bombardier Inc.*

Of counsel:
David L. Witcoff
  dlwitcoff@JonesDay.com
  Direct 312-269-4259
Brent P. Ray
  bpray@JonesDay.com
  Direct 312-269-1521
Jones Day
77 West Wacker Drive
Chicago, IL  60601-1692
  Phone 312-782-3939
  Fax  312-782-8585

CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2011, a copy of Defendant Bombardier Inc.'s Notice of Extension of Time to Respond to Complaint was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Adam Arceneaux
adam.arceneaux@icemiller.com
Alexander D. Forman
alexander.forman@icemiller.com
Nikita S. Williams
nikita.williams@icemiller.com
Karen H. Bromberg

Courtesy copies are also being sent via email to *of counsel* attorneys:

kbromberg@cohengresser.com
Alexandra Wald
awald@cohengresser.com
Francisco A. Villegas
fvillegas@cohengresser.com
Damir Cefo
dcefo@cohengresser.com
Evan Rosenbaum
erosenbaum@cohengresser.com

Cohen & Gresser LLP
800 Third Avenue, 21st Floor,
New York, NY 10022
Phone: 212-957-7600
Fax: 212-957-4514

                              s/John C. McNett
                                John C. McNett

#777655 v2