```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP025606
Cashier ID: mdagon
Transaction Date: 08/16/2011
Payer Name: WOODARD EMHARDT MORIARTY
-----------------------------------------
PRO HAC VICE
 For: WITCOFF  RAY  OLIVOTTO
 Case/Party: D-INS-1-11-LB-000001-001
 Amount:      $30.00
PRO HAC VICE
 For: WITCOFF  RAY  OLIVOTTO
 Case/Party: D-INS-1-11-LB-000001-001
 Amount:      $30.00
PRO HAC VICE
 For: WITCOFF  RAY  OLIVOTTO
 Case/Party: D-INS-1-11-LB-000001-001
 Amount:      $30.00
-----------------------------------------
CHECK
 Check/Money Order Num: 64809
 Amt Tendered: $90.00
-----------------------------------------
Total Due:      $90.00
Total Tendered: $90.00
Change Amt:     $0.00

PRO HAC FEES FOR ATTORNEYS

DAVID L. WITCOFF

BRENT P. RAY

DANIELLE R. OLIVOTTO

1:11-CV-769-TWP-TAB


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45.00 fee
will be charged for a returned
check."
```