UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

----------------------------------------x

FIREPASS IP HOLDINGS, INC. and FIREPASS
CORPORATION,

                Plaintiffs,

    - against -

BOMBARDIER INC. and BOMBARDIER
AEROSPACE CORPORATION,

                Defendants.

----------------------------------------x

Case No. 1:11-cv-0769 TWP-TAB

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83.5(c), the undersigned counsel, Karen H. Bromberg of Cohen & Gresser LLP, respectfully moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of FirePASS IP Holdings, Inc. and FirePASS Corporation in the above-styled cause only. In support of this motion, the undersigned states:

    1. I am admitted to practice in the following states and federal jurisdictions: New York, 1988; Southern District of New York, 1988; Eastern District of New York, 1988; Second Circuit Court of Appeals, 2007.

    2. I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

    3. I certify that I will abide by the Seventh Circuit Standards of Professional Conduct.

    4. I have presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Respectfully submitted,

*Karen H. Bromberg*
Karen H. Bromberg
800 Third Avenue, 21st Floor
New York, NY 10022
Tel: (212) 957-7600
Fax: (212) 957-4514
kbromberg@cohengresser.com

/s/ Nikita S. Williams
Nikita S. Williams

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Court on August 16, 2011 and served upon the following counsel of record and/or *pro se* parties:

John C. McNett
WOODARD EMHARDT MORIARTY MCNETT & HENRY, LLP
jmcnett@uspatent.com
via Court's CM/ECF service

/s/ Nikita S. Williams
Nikita S Williams

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Tel: (317) 236-2100
Fax: (317) 592-4276
nikita.williams@icemiller.com