```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP025660
Cashier ID: mdagon
Transaction Date: 08/22/2011
Payer Name: ICE MILLER
-------------------------------------
PRO HAC VICE
 For: CEFO, ROSENBAUM, VILLEGAS, WAL
 Case/Party: D-INS-1-11-LB-000001-001
 Amount:        $30.00
PRO HAC VICE
 For: CEFO, ROSENBAUM, VILLEGAS, WAL
 Case/Party: D-INS-1-11-LB-000001-001
 Amount:        $30.00
PRO HAC VICE
 For: CEFO, ROSENBAUM, VILLEGAS, WAL
 Case/Party: D-INS-1-11-LB-000001-001
 Amount:        $30.00
PRO HAC VICE
 For: CEFO, ROSENBAUM, VILLEGAS, WAL
 Case/Party: D-INS-1-11-LB-000001-001
 Amount:        $30.00
-------------------------------------
CHECK
 Check/Money Order Num: 376767
 Amt Tendered: $120.00
-------------------------------------
Total Due:     $120.00
Total Tendered: $120.00
Change Amt:     $0.00

PRO HAC FEES FOR ATTORNEYS,

Damir Cefo

Evan M. Rosenbaum

Francisco A. Villegas

Alexandra S. Wald

1:11-cv-00769-TWP-TAB

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $45.00 fee
will be charged for a returned
check."
```