```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP025658
Cashier ID: mdagon
Transaction Date: 08/22/2011
Payer Name: ICE MILLER
----------------------------------------
PRO HAC VICE
 For: ADLER AND BROMBERG
 Case/Party: D-INS-1-11-LB-000001-001
 Amount:         $30.00
PRO HAC VICE
 For: ADLER AND BROMBERG
 Case/Party: D-INS-1-11-LB-000001-001
 Amount:         $30.00
----------------------------------------
CHECK
 Check/Money Order Num: 370466
 Amt Tendered:  $60.00
----------------------------------------
Total Due:      $60.00
Total Tendered: $60.00
Change Amt:     $0.00

PRO HAC FEES FOR ATTRONEYS

Jordan S. Adler

Karen H. Bromberg

1:11-cv-00769-TWP-TAB


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45.00 fee
will be charged for a returned
check."
```