UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIREPASS IP HOLDINGS, INC. and FIREPASS CORPORATION, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) ) | Case No. 1:11-cv-0769 TWP-TAB |
| BOMBARDIER INC., ) ) ) | |
| Defendants. ) | |

**ORDER GRANTING**
**MOTION FOR DAVID L. WITCOFF TO APPEAR** *PRO HAC VICE*

This cause has come before the Court upon motion for David L. Witcoff to appear as counsel in this action and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is GRANTED.

Dated: 08/21/2011    _____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

All counsel of record by operation of the Court's electronic filing system