UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIREPASS IP HOLDINGS, INC. and ) <br> FIREPASS CORPORATION, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BOMBARDIER INC., ) <br> ) <br>     Defendants. ) | Case No. 1:11-cv-0769 TWP-TAB |

**ORDER GRANTING**
**MOTION FOR BRENT P. RAY TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion for Brent P. Ray to appear as counsel in this action and participate *pro hac vice* in the above-captioned cause only,.  Being fully advised, it is now

    ORDERED that the motion be, and hereby is GRANTED.

Dated:  08/21/2011

                                        Tim A. Baker
                                        United States Magistrate Judge
                                        Southern District of Indiana

Copies to:

All counsel of record by operation of the Court's electronic filing system