UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIREPASS IP HOLDINGS, INC. and FIREPASS CORPORATION, )<br>)<br>Plaintiffs,           )<br>)<br>v.                              )<br>)<br>BOMBARDIER INC.,       )<br>)<br>Defendants.             ) | Case No. 1:11-cv-0769 TWP-TAB |

**ORDER GRANTING**
**MOTION FOR DANIELLE R. OLIVOTTO TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion for Danielle R. Olivotto to appear as counsel in this action and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is GRANTED.

Dated:  08/21/2011     _____
                                    Tim A. Baker
                                    United States Magistrate Judge
                                    Southern District of Indiana

Copies to:

All counsel of record by operation of the Court's electronic filing system