**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| FIREPASS IP HOLDINGS, INC. and FIREPASS CORPORATION,<br><br>         Plaintiffs,<br><br>     v.<br><br>BOMBARDIER INC.,<br><br>         Defendant. | Case No. 1:11 CV 0769 TWP-TAB |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear as counsel for Bombardier Inc.

Dated:  September 6, 2011.        Respectfully submitted,

                                                                s/ David L. Witcoff
                                                                David L. Witcoff
                                                                Brent P. Ray
                                                                Danielle R. Olivotto
                                                                Jones Day
                                                                77 West Wacker Drive
                                                                Chicago, IL  60601-1692
                                                                 Phone 312-269-4259
                                                                 Fax  312-782-8585
                                                                 dlwitcoff@jonesday.com

                                                                John C. McNett
                                                                Woodard, Emhardt, Moriarty,
                                                                McNett & Henry LLP
                                                                111 Monument Circle, Suite 3700
                                                                Indianapolis, IN 46204-5137
                                                                Phone 317-713-4906
                                                                Fax 317-637-7561
                                                                jmcnett@uspatent.com
                                                                *Attorneys  for Defendant Bombardier Inc.*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing was served electronically via the Court's ECF system and by first class mail on those parties not registered for ECF pursuant to the rules of this Court.

                s/ David L. Witcoff
                David L. Witcoff