**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

FIREPASS IP HOLDINGS, INC. and
FIREPASS CORPORATION,

      Plaintiffs,

  v.

BOMBARDIER INC.,

      Defendant.

Case No. 1:11 CV 0769 TWP-TAB

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear as counsel for Bombardier Inc.

Dated:  September 6, 2011.    Respectfully submitted,

                                       s/ Brent P. Ray
                                       David L. Witcoff
                                       Brent P. Ray
                                       Danielle R. Olivotto
                                       Jones Day
                                       77 West Wacker Drive
                                       Chicago, IL  60601-1692
                                        Phone 312-269-1521
                                        Fax  312-782-8585
                                        bpray@JonesDay.com

                                        John C. McNett
                                       Woodard, Emhardt, Moriarty,
                                       McNett & Henry LLP
                                       111 Monument Circle, Suite 3700
                                       Indianapolis, IN 46204-5137
                                       Phone 317-713-4906
                                       Fax 317-637-7561
                                       jmcnett@uspatent.com
                                     *Attorneys for Defendant Bombardier Inc.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was served electronically via the Court's ECF system and by first class mail on those parties not registered for ECF pursuant to the rules of this Court.


                                                  s/ Brent P. Ray
                                                  Brent P. Ray