IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FIREPASS IP HOLDINGS, INC. and
FIREPASS CORPORATION,

      Plaintiffs,

   v.

BOMBARDIER INC.,

      Defendant.

Case No. 1:11 CV 0769 TWP-TAB

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear as counsel for Bombardier Inc.

Dated: September 6, 2011.    Respectfully submitted,

                            s/ Danielle R. Olivotto
                            David L. Witcoff
                            Brent P. Ray
                            Danielle R. Olivotto
                            Jones Day
                            77 West Wacker Drive
                            Chicago, IL 60601-1692
                            Phone 312-269-4137
                            Fax  312-782-8585
                            dolivotto@jonesday.com

                            John C. McNett
                            Woodard, Emhardt, Moriarty,
                            McNett & Henry LLP
                            111 Monument Circle, Suite 3700
                            Indianapolis, IN 46204-5137
                            Phone 317-713-4906
                            Fax 317-637-7561
                            jmcnett@uspatent.com
                            *Attorneys for Defendant Bombardier Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served electronically via the Court's ECF system and by first class mail on those parties not registered for ECF pursuant to the rules of this Court.

s/ Danielle R. Olivotto
Danielle R. Olivotto
