IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIREPASS IP HOLDINGS, INC. and FIREPASS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>BOMBARDIER INC.,<br><br>    Defendant. | Case No. 1:11 CV 0769 TWP-TAB |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Bombardier Inc. ("Bombardier"), having moved pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for an enlargement of time extending Bombardier's time to answer or otherwise plead in this matter for 30 days until October 7, 2011 in view of the parties' concurrently-filed Joint Motion to Stay Litigation Pending Reexamination of the Asserted Patents, and the Court, being duly advised, hereby GRANTS the Motion. Bombardier's time to answer or otherwise respond to Plaintiffs' Complaint shall be extended under October 7, 2011.

SO ORDERED:  09/14/2011

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution via the Court's ECF system to all attorneys of record.