UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIREPASS IP HOLDINGS, INC. and FIREPASS CORPORATION,       Plaintiffs, <br><br> vs. <br><br> BOMBARDIER INC.,       Defendant. | ) ) ) ) ) ) ) ) ) ) )     1:11-cv-769-TWP-TAB |

### ENTRY REQUESTING STATUS REPORT

This cause was stayed on September 14, 2011, pending the final resolution of PTO reexamination of the four asserted patents. [Docket No. 57.]  Counsel shall file a report on the status of the reexamination within 14 days.

Dated:  11/27/2012

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Jordan S. Adler
COHEN & GRESSER LLP
jadler@cohengresser.com

Adam  Arceneaux
ICE MILLER LLP
adam.arceneaux@icemiller.com

Karen H. Bromberg
COHEN & GRESSER, LLP
kbromberg@cohengresser.com

Damir  Cefo
COHEN & GRESSER LLP
dcefo@cohengresser.com

Alexander D. Forman
ICE MILLER LLP
alexander.forman@icemiller.com

John C. McNett
WOODARD EMHARDT MORIARTY
MCNETT & HENRY, LLP
jmcnett@uspatent.com

Danielle R. Olivotto
JONES DAY
dolivotto@jonesday.com

Brent Phillip Ray
JONES DAY
bpray@jonesday.com

Evan M. Rosenbaum
COHEN & GRESSER LLP
erosenbaum@cohengresser.com

Francisco A. Villegas
COHEN & GRESSER LLP
fvillegas@cohengresser.com

COHEN & GRESSER LLP
awald@cohengresser.com

Nikita S Williams
ICE MILLER LLP.
nikita.williams@icemiller.com

David Lawrence Witcoff
JONES DAY
dlwitcoff@jonesday.com

Alexandra  Wald