IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIREPASS IP HOLDINGS, INC. and FIREPASS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> BOMBARDIER INC., <br><br> Defendant. | Case No. 1:11-cv-0769-TWP-TAB |

## JOINT STATUS REPORT

Pursuant to this Court's November 27, 2012 Order (Dkt. No. 57), Plaintiffs Firepass IP. Holdings, Inc. and Firepass Corporation (collectively, "Firepass") and Defendants Bombardier Inc. and Bombardier Aerospace Corporation (collectively, "Bombardier") respectfully submit this Joint Status Report to update the Court regarding the pending *inter partes* reexamination Nos. 95/001,555, 95/001,553, 95/001,554, and 95/001,552 (collectively, the "Reexaminations")[1] of U.S. Patent Nos. 6,418,752 (the "'752 Patent"), 7,207,392 (the "'392 Patent"), 6,314,754 (the "'754 Patent"), and RE 40,065 (the "'065 Patent) ("the Asserted Patents") respectively.

**I.   BRIEF PROCEDURAL HISTORY**

On June 7, 2011, Plaintiff filed a Complaint against Bombardier alleging infringement of the Asserted Patents.  *See Firepass et al. v. Bombardier, Inc. et al.*, No. 11-CV- 0769 (the "Bombardier case").

On September 6, 2011, the parties in the Bombardier case voluntarily filed a joint motion to stay litigation pending the outcome of the Reexaminations, which this Court granted on

---

[1] The United States Patent and Trademark Office ("USPTO") granted these Reexaminations based on a request by Airbus Americas, Inc., and Airbus S.A.S., (collectively, "Airbus"), Defendants in a co-pending litigation filed by Firepass in the Eastern District of New York on October 1, 2009.  *Firepass et al. v. Airbus Americas, Inc. et al.*, No. 09-CV- 4234.  The co-pending litigation is also stayed pending the outcome of the Reexaminations.

September 14, 2011.  *See* Memorandum and Order, *Firepass et al. v. Bombardier, Inc. et al.*, No. 1:11-CV-0769.  Presented below is the update requested by this Court on November 27, 2012, advising that all the Reexaminations remain in progress.

## II.   STATUS OF REEXAMINATION PROCEEDINGS OF REEXAMINATION APPLICATION NO. 95/001,555

The USPTO ordered reexamination No. 95/001,555 ("'555") of the '752 Patent on April 18, 2011, and simultaneously issued a non-final Office Action.  Following Firepass' '555 Responses[2] and requester Airbus' '555 Comments[3], the USPTO entered an Action Closing Prosecution on January 3, 2012, rejecting all the claims subject to reexamination under 35 U.S.C. §§ 102(b), 103(a), 112, and/or 314(a)[4] and closing prosecution.[5]  The USPTO issued an *Inter Partes* Right of Appeal Notice on May 11, 2012.  After Firepass filed a Notice of Appeal on June 11, 2012, and Airbus filed a Notice of Cross Appeal on June 25, 2012, both Appeal Briefs were filed on August 27, 2012, and both Respondent Briefs were filed on September 27, 2012.  The examiner entered an Answer to the Appeal Briefs on December 3, 2012, rejecting both parties' respective appeals, maintaining every ground of rejection and every determination not to make a proposed rejection.

Firepass' and/or Airbus' Rebuttal Brief(s) in response to the examiner's Answer are presently due on January 3, 2013, after which the USPTO will issue a decision at its convenience.  As of the date of this Status Report, all claims subject to reexamination stand

---

[2] Firepass submitted a Response on June 20, 2011, a Supplemental Response on June 30, 2011, and a Corrected Response on August 29, 2011 (collectively "'555 Responses").

[3] Airbus submitted its Comments on July 20, 2011 and August 30, 2011 (collectively "'555 Comments").

[4] All of the '752 Patent claims asserted in this action are subject to reexamination and include claims 1, 2, 4, 7 and 8  The subsequently added claims 29-100, were similarly rejected.

[5] Firepass also submitted, on March 5, 2012, an amendment after the prosecution was closed, canceling claims 95 and 100 and seeking to add claims 101-104.  On April 4, 2012, Airbus submitted its Comments and on May 11, 2012, the examiner refused entry of those new claims.  After Firepass filed a petition on June 6, 2012, and Airbus filed an opposition on June 20, 2012, the USPTO denied consideration of claims 101-104 on July 25, 2012.

rejected by the USPTO, which rejection is presently on appeal to the USPTO's Board of Patent Appeals and Interferences ("Board").

### III.  STATUS OF REEXAMINATION PROCEEDINGS OF REEXAMINATION APPLICATION NO. 95/001,553

The USPTO ordered reexamination No. 95/001,553 ("'553") of the '392 Patent on April 18, 2011 and simultaneously issued an Office Action. Following Firepass' '553 Responses[6] and Airbus' '553 Comments[7], the USPTO entered an Action Closing Prosecution, rejecting all the claims subject to reexamination under 35 U.S.C. §§ 102(b), 103(a), 112, 305 and/or 305[8] and closing prosecution.[9] The USPTO then issued an *Inter Partes* Right of Appeal Notice on January 12, 2012. After Firepass filed a Notice of Appeal on February 13, 2012, and Airbus filed a Notice of Cross Appeal on February 27, 2012, the Appeal Briefs were filed on April 13, 2012 and April 27, 2012, respectively.[10] The examiner entered an Answer to the Appeal Briefs on May 21, 2012, rejecting both parties' respective appeals, maintaining every ground of rejection and every determination not to make a proposed rejection. Firepass and Airbus filed Rebuttal Briefs on June 21, 2012. Firepass also requested an optional oral hearing on July 23, 2012.

Firepass and Airbus are awaiting the USPTO's notice of the hearing. As of the date of this Status Report, all claims subject to reexamination stand rejected by the USPTO, which rejection is presently on appeal to the Board.

---

[6] Firepass submitted an Amendment and Response on June 20, 2011; and a Supplemental Amendment and Response on June 30, 2011 (collectively "'553 Responses").

[7] Airbus submitted its Comments on July 20, 2011 ("'553 Comments").

[8] The asserted claims 14 and 15 of the '392 Patent are subject to reexamination. The subsequently added claims 17-28 were similarly reexamined and rejected.

[9] Firepass also submitted an amendment after the prosecution was closed on September 12, 2011, (and a replacement response on November 4, 2011), amending claims 17, 21, 22 and 26. On October 12, 2011, and December 1, 2011, Airbus submitted its comments.

[10] Airbus and Firepass also submitted Respondent Briefs on May 14, 2012 and May 29, 2012, respectively.

### IV. STATUS OF REEXAMINATION PROCEEDINGS OF REEXAMINATION APPLICATION NO. 95/001,554

The USPTO ordered reexamination No. 95/001,554 ("'554") of the '754 Patent on April 25, 2011, and simultaneously issued an Office Action. Following Firepass' '554 Responses[11] and Airbus' '554 Comments,[12] the USPTO entered an Action Closing Prosecution, rejecting all the claims subject to reexamination under 35 U.S.C. §§ 102(b), 103(a), 112, and/or 314(a),[13] and closing prosecution.[14] The USPTO then issued an *Inter Partes* Right of Appeal Notice on June 26, 2012. After Firepass filed a Notice of Appeal on July 26, 2012, and Airbus filed a Notice of Cross Appeal, on August 09, 2012, Firepass' and Airbus' Appeal Briefs were filed on October 9, 2012 and November 9, 2012, respectively.

Firepass and Airbus are presently awaiting the examiner's Answer to their submissions. As of the date of this Status Report, all claims subject to reexamination stand rejected by the USPTO, which rejection is presently on appeal to the Board.

### V. STATUS OF REEXAMINATION PROCEEDINGS OF REEXAMINATION APPLICATION NO. 95/001,552

The USPTO ordered reexamination No. 95/001,552 ("'552") of the '065 Patent on April 29, 2011, and simultaneously issued an Office Action. Following Firepass' '552 Response[15] and Airbus' '552 Comments[16], the USPTO entered an Action Closing Prosecution, rejecting all the

---

[11] Firepass submitted an Amendment and Response on June 27, 2011, a Supplemental Amendment and Response on June 30, 2011, and a Second Supplemental Amendment and Response on August 29, 2011 (collectively "'554 Responses").

[12] Airbus submitted its Comments on September 19, 2011 ("'554 Comments").

[13] All of the asserted claims of the '754 Patent are subject to reexamination and include claims 1, 2, 4-6, and 8. The subsequently added claims 19-101 were similarly reexamined and rejected.

[14] Firepass also submitted, an amendment after the prosecution was closed on April 17, 2012, in which, *inter alia*, it canceled claims 83, 88, 94, 95 and 100-101 and added claims 102-107.

[15] Firepass submitted an Amendment and Response on June 29, 2011, adding new claims 27 and 28 ("'552 Response").

[16] Airbus submitted its Comments on July 29, 2011 ("'552 Comments").

Case 1:11-cv-00769-TWP-TAB   Document 59   Filed 12/11/12   Page 5 of 6 PageID #: 483

claims subject to reexamination under 35 U.S.C. §§ 102(b), 103(a), and/or 112[17], and closing prosecution. The USPTO then issued an *Inter Partes* Right of Appeal Notice on February 25, 2012. After Firepass filed a Notice of Appeal on March 26, 2012 (Airbus did not file a Cross Appeal in this reexamination), it submitted an Appeal Brief on May 29, 2012. Airbus filed a Respondent Brief on June 29, 2012. The examiner entered an Answer on September 10, 2012, rejecting Firepass' Appeal, maintaining every ground of rejection and every determination not to make a proposed rejection. Firepass filed a Rebuttal Brief on October 10, 2012, but did not request an optional oral hearing.

Firepass is presently awaiting the USPTO's consideration and decision, which will be issued at the convenience of the USPTO. As of the date of this Status Report, all claims subject to reexamination stand rejected by the USPTO, which rejection is presently on appeal to the Board.

Respectfully submitted,

December 11, 2012

/s/  Adam Arceneaux
Adam Arceneaux
Ice Miller LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
Phone: 317-236-2100
Fax: 317-236-2219

/s David L. Witcoff (with consent)
John C. McNett
Woodard, Emhardt, Moriarty, McNett & Henry LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137
jmcnett@uspatent.com Phone: 317-634-3456
Fax: 317-637-7561

---

[17] All of the asserted claims of the '065 Patent are subject to reexamination and include claims 5, 12-14, and 23-26. The subsequently added claims 27 and 28 were similarly reexamined and rejected.

| | |
|---|---|
| Of Counsel: | Of Counsel: |
| Karen Bromberg | David L. Witcoff |
| Alexandra Wald | Brent P. Ray |
| Francisco A. Villegas | Danielle R. Olivotto |
| Damir Cefo | JONES DAY |
| Cohen & Gresser LLP | 77 W. Wacker Dr. |
| 800 Third Avenue, 21st Floor, | Chicago, Ill. 60601-1692 |
| New York, NY 10022 | Phone: 312-782-3939 |
| Phone: 212-957-7600 | Fax: 312-782-8585 |
| Fax: 212-957-4514 | |
| | *Attorneys for Defendant Bombardier Inc.* |
| *Attorneys for Plaintiffs Firepass IP Holdings, Inc. and Firepass Corporation* | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Adam Arceneaux*
Adam Arceneaux

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100