UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIREPASS IP HOLDINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 1:11-CV-0769-TWP-TAB |
| BOMBARDIER INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Brent P. Ray, Esq., by having filed his Motion for Withdrawal of Appearance, and the Court having reviewed said Motion now finds in meritorious.

IT IS THEREFORE ORDERED that the Clerk of the Southern District of Indiana hereby make the appropriate notation on the Court's Docket that Brent P. Ray (PHV Doc. No. 25) has withdrawn his appearance for Bombardier, Inc. and need not receive service/distribution of documents from the Court or Parties.

Dated:    12/18/2012

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

**Distribution List:**

Adam Arceneaux
ICE MILLER LLP
adam.arcenearux@icemiler.com

Nikita S. Williams
ICE MILLER LLP
nikita.williams@icemiller.com

Alexander D. Forman
 ICE MILLER LLP
alexander.forman@icemiller.com

Alexandra Wald
COHEN & GRESSER LLP
awald@cohengresser.com

Damir Cefo
COHEN & GRESSER LLP
dcefo@cohengresser.com

Evan M. Rosenbaum
COHEN & GRESSER LLP
erosenbaum@cohengresser.com

Francisco A. Villegas
COHEN & GRESSER LLP
fvillegas@cohengresser.com

Jordan S. Adler
COHEN & GRESSER LLP
jadler@cohengresser.com

Karen H. Bromberg
COHEN & GRESSER LLP
kbromberg@cohengresser.com

Danielle R. Olivotto
JONES DAY
dolivotto@jonesday.com

David Lawrence Witcoff
JONES DAY
dwitcoff@jonesday.com

John C. McNett
WOODARD EMHARDT
jmcnett@uspatent.com

Brent Phillip Ray
 KIRKLAND & ELLIS
brent.ray@kirkland.com