UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIREPASS IP HOLDINGS, INC. and ) <br> FIREPASS CORPORATION, ) <br>　　　　　　　　　　　　　　　　) <br>　　　　　　Plaintiffs, ) <br>　　　　　　　　　　　　　　　　) <br>　　vs. 　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　) <br> BOMBARDIER INC., 　　　　　　) <br>　　　　　　　　　　　　　　　　) <br>　　　　　　Defendant. 　　　　) | 1:11-cv-769-TWP-TAB |

## ORDER TO SHOW CAUSE

This matter was stayed on September 14, 2011, pending the final resolution of PTO reexamination of the four asserted patents. [Docket No. 57.] Pursuant to the joint status report filed by the parties on December 11, 2012, the USPTO's decision on the asserted patents has been appealed and this matter remains unresolved as of the date of this order. As this matter has remained dormant in this Court for more than 15 months, Plaintiff is hereby ordered to show cause by January 22, 2013, why this action should not be administratively closed pending final resolution of the asserted patents.

　　SO ORDERED:  01/08/2013

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Tim A. Baker
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Copies to:

Jordan S. Adler
COHEN & GRESSER LLP
jadler@cohengresser.com

Adam Arceneaux
ICE MILLER LLP
adam.arceneaux@icemiller.com

Karen H. Bromberg
COHEN & GRESSER, LLP
kbromberg@cohengresser.com

Damir Cefo
COHEN & GRESSER LLP
dcefo@cohengresser.com

Alexander D. Forman
ICE MILLER LLP
alexander.forman@icemiller.com

John C. McNett
WOODARD EMHARDT MORIARTY
MCNETT & HENRY, LLP
jmcnett@uspatent.com

Danielle R. Olivotto
JONES DAY
dolivotto@jonesday.com

Evan M. Rosenbaum
COHEN & GRESSER LLP
erosenbaum@cohengresser.com

Francisco A. Villegas
COHEN & GRESSER LLP
fvillegas@cohengresser.com

Alexandra Wald
COHEN & GRESSER LLP
awald@cohengresser.com

Nikita S Williams
ICE MILLER LLP.
nikita.williams@icemiller.com

David Lawrence Witcoff
JONES DAY
dlwitcoff@jonesday.com