UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIREPASS IP HOLDINGS, INC., <br> FIREPASS CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> BOMBARDIER INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:11-cv-00769-TWP-TAB <br> ) <br> ) <br> ) <br> ) |

**ORDER OF ADMINISTRATIVE CLOSING**

On January 8, 2013, this Court ordered parties to show cause by January 22, 2013 as to why this action should not be administratively closed pending final resolution of the asserted patents. To this date, parties have not responded to the Order to Show Cause (Dkt. 66).

Accordingly, the Court, on its own motion, orders that this action be administratively closed, without prejudice to the right of any party to move to reopen and place this action on the active docket within thirty (30) days following the conclusion of the bankruptcy proceedings or the date on which the automatic stay is lifted.

Date: 02/04/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Alexandra Wald
COHEN & GRESSER LLP
awald@cohengresser.com

Damir Cefo
COHEN & GRESSER LLP
dcefo@cohengresser.com

Francisco A. Villegas
COHEN & GRESSER LLP
fvillegas@cohengresser.com

Karen H. Bromberg
COHEN & GRESSER, LLP
kbromberg@cohengresser.com

Adam Arceneaux
ICE MILLER LLP
adam.arceneaux@icemiller.com

Danielle R. Olivotto
JONES DAY
dolivotto@jonesday.com

David Lawrence Witcoff
JONES DAY
dlwitcoff@jonesday.com

John C. McNett
WOODARD EMHARDT MORIARTY MCNETT & HENRY, LLP
jmcnett@uspatent.com