UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIREPASS IP HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOMBARDIER INC., <br><br> Defendant. | Case No. 1:11-CV-0769-TWP-TAB |

**ORDER**

Danielle R. Olivotto, Esq., by having filed her Motion for Withdrawal of Appearance, and the Court having reviewed said Motion now GRANTS same.

IT IS THEREFORE ORDERED that the Clerk of the Southern District of Indiana hereby make the appropriate notation on the Court's Docket that Danielle R. Olivotto (PHV Doc. No. 26) has withdrawn her appearance for Bombardier, Inc. and need not receive service/distribution of documents from the Court or Parties.

Dated: 04/15/2013

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

SDI-160631v1

- 2 -

**Distribution List:**

Adam Arceneaux
ICE MILLER LLP
adama.acreneaux@icemiller.com

Damir Cefo
COHEN & GRESSER LLP
dcefo@cohengresser.com

Francisco A. Villegas
COHEN & GRESSER LLP
fvillegas@cohengresser.com

Karen H. Bromberg
COHEN & GRESSER LLP
kbromberg@cohengresser.com

Alexandra Wald
COHEN & GRESSER LLP
awald@cohengresser.com

David Lawrence Witcoff
JONES DAY
dlwitcoff@jonesday.com

John C. McNett
WOODARD EMHARDT MORIARTY
MCNETT & HENRY, LLP
jmcnett@uspatent.com

SDI-160631v1